Decided October 6, 2005

STATE OF CONNECTICUT *v.* GREGORY ERHARDT

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 853 (AC 25015), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*G. Douglas Nash*, special public defender, in support of the petition.

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided October 6, 2005